# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| RILLA JEFFERSON, on behalf of herself and all others similarly situated, | No. 2:20-cv-02576 |
| *Plaintiff,* | |
| v. | |
| GENERAL MOTORS LLC, | |
| *Defendant.* | |
| | |
| MARK RILEY, on behalf of himself and all others similarly situated, | No. 2:24-cv-02982 |
| *Plaintiff,* | |
| v. | |
| GENERAL MOTORS LLC, | |
| *Defendant.* | |

## <u>UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE PARTIES' CLASS ACTION SETTLEMENT</u>

Plaintiffs Rilla Jefferson ("Jefferson") and Mark Riley ("Riley," and together with Jefferson, the "Plaintiffs"), by and through undersigned counsel, hereby move for entry of an Order granting preliminary approval of the Parties' Class Action Settlement Agreement. Defendant General Motors LLC does not oppose this motion.

Plaintiffs respectfully request the Court (i) preliminarily approve the terms of the Parties' Class Action Settlement Agreement; and (ii) approve the form, content and method of delivering Notice to Class Members set forth in the Parties' Settlement Agreement and in the exhibits thereto. In support, Plaintiffs submit the accompanying Memorandum of Law, the Declarations of Sergei Lemberg, Stephen Taylor and Joshua Markovits, and the Settlement Agreement and its exhibits.

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs respectfully request that the Court enter the Preliminary Approval Order in the form attached as Exhibit 5 to the Settlement Agreement, which proposed Preliminary Approval Order was also sent in Microsoft Word Format to the presiding judge's ECF mailbox.

As set forth in the Preliminary Approval Order, the Parties plan incorporates the major events and deadlines below regarding Class Notice deadlines and the Final Fairness Hearing. *Critically*, the Parties request that the Court reschedule the Final Fairness Hearing from June 20, 2025, to a date no earlier than 180 days after the entry of the Preliminary Approval Order. The change is necessary as the Settlement Administrator has advised it requires 90 days to acquire and utilize the relevant DMV records integral to the Class Notice plan and the administration.

| EVENT | SCHEDULED DATE |
|---|---|
| Notice Date | 90 days after entry of Preliminary Approval Order |
| Attorney's Fees and Expenses and Service Awards Motion due by | 30 days after the Notice Date |
| Last day for Class Members to Object to, or Exclude Themselves from, the Settlement | 60 days after the Notice Date |
| Claim Form Deadline | 90 days after the Notice Date |
| Last day to file a response to any Objection | 15 days before the Fairness Hearing |
| Plaintiffs' Brief in Support of Final Approval | 15 days before the Final Fairness Hearing |
| Final Fairness Hearing | No earlier than 180 days after the entry of the Preliminary Approval Order |

Dated: February 14, 2025

Respectfully submitted,

By:  */s/ Sergei Lemberg*
Sergei Lemberg (*pro hac vice*)

Stephen Taylor (*pro hac vice*
Joshua Markovits (*pro hac vice*)
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

*Attorneys for Plaintiffs and the
Classes*

Susan S. Lafferty, CPA, Esq.
Lafferty Law Firm, Inc.
1321 Murfreesboro Pike
Suite 521
Nashville, TN 37217
Telephone: (615) 878-1926
Facsimile: (615) 472-7852
ssl@laffertylawtn.com

*Attorneys for Plaintiff Jefferson and
the Jefferson Class*

Donald P. Screen (0044070)
Subodh Chandra (0069233)
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 W. 6th St., Suite 400
Cleveland, Ohio 44113
Telephone: 216.578.1700
Fax: 216.578.1800
Donald.Screen@ChandraLaw.com
Subodh.Chandra@ChandraLaw.com

*Attorneys for Plaintiff Riley and the
Riley Class*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2025, I caused the foregoing to be filed and served on all counsel of record via the Court's CM/ECF system, which sent the notice of such filing to all counsel of record.

/s/ Sergei Lemberg
Sergei Lemberg