UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RILLA JEFFERSON, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>*Defendant.* | No. 2:20-cv-02576 |
| MARK RILEY, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>*Defendant.* | No. 2:24-cv-02982 |

### UNOPPOSED MOTION FOR FINAL APPROVAL OF THE PARTIES' CLASS ACTION SETTLEMENT AGREEMENT

Plaintiffs Rilla Jefferson ("Jefferson") and Mark Riley ("Riley," and together with Jefferson, the "Plaintiffs") hereby move for final approval of the Parties' Class Action Settlement Agreement and respectfully request that the Court enter the Proposed Final Approval Order attached hereto as Exhibit A.

In support, Plaintiffs rely on the accompanying memorandum of law, declarations from the Settlement Administrator and from counsel Sergei Lemberg, Stephen F. Taylor and Joshua Markovits in addition to all other papers filed and proceedings in this Action.

This unopposed motion is made following the conference of counsel. Defendant General Motors LLC ("GM" or "Defendant") does not oppose entry of the Proposed Final Approval Order attached as Exhibit A.

Dated: August 7, 2025

                                              Respectfully submitted,

By:   /s/ Sergei Lemberg
Sergei Lemberg (*pro hac vice*)
Stephen Taylor (*pro hac vice*)
Joshua Markovits (*pro hac vice*)
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

*Attorneys for Plaintiffs and the Classes*

Susan S. Lafferty, CPA, Esq.
Lafferty Law Firm, Inc.
1321 Murfreesboro Pike
Suite 521
Nashville, TN 37217
Telephone: (615) 878-1926
Facsimile: (615) 472-7852
ssl@laffertylawtn.com

*Attorneys for Plaintiff Jefferson and the Jefferson Class*

Donald P. Screen (0044070)
Subodh Chandra (0069233)
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 W. 6th St., Suite 400
Cleveland, Ohio 44113
Telephone: 216.578.1700
Fax: 216.578.1800
Donald.Screen@ChandraLaw.com
Subodh.Chandra@ChandraLaw.com

*Attorneys for Plaintiff Riley and the Riley Class*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 7, 2025, I caused the foregoing to be filed and served on all counsel of record via the Court's CM/ECF system, which sent the notice of such filing to all counsel of record.

                                            */s/ Sergei Lemberg*
                                            Sergei Lemberg